IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>CECIL M. JACKSON,<br><br>Defendant | NO. 3: 08-CR-25 (CAR)<br><br>RE: VIOLATION OF CONDITIONS OF RELEASE |

## O R D E R

Defendant CECIL M. JACKSON this day appeared before the undersigned with legal counsel, Mr. Kim T. Stephens of the Athens Bar, for a hearing inquiring into the circumstances surrounding allegations that defendant JACKSON has failed to participate in drug screening and testing as directed by the Pretrial Services Office of the U. S. Probation Office in the District of South Carolina where he is under courtesy supervision. The government was represented at the hearing by Assistant U. S. Attorney Tamara A. Jarrett.

After considering the testimony of the defendant's supervising probation officer, Ms. Brenda Townes, as well as other evidence presented and proffered by the parties, the undersigned finds:

(1) at the commencement of his term of pretrial supervision in November of 2008, defendant JACKSON was fully and properly orally advised by Ms. Townes of the procedures he was required to follow in providing urine samples for screening and testing for illegal drugs;

(2) at the commencement of his term of pretrial supervision in November of 2008, defendant JACKSON was provided with written instructions as to the procedures he was required to follow in providing urine samples for screening and testing for illegal drugs;

(3) after initially admitting to recent usage of cocaine (Government's Exhibit #1), defendant JACKSON was directed to submit to random drug testing in the manner advised orally by Ms. Townes and as set forth in writing in the Random Drug Testing Procedure Form (Government's Exhibit #4) provided to him on November 19, 2008;

(4) defendant JACKSON failed to report for drug testing as required on December 17, 2008 and January 12, 2009;

(5) on January 21, 2009, defendant JACKSON was provided with a photocopy of the Random Drug Testing Procedure Form originally given to him on November 19, 2008.

(6) thereafter, defendant JACKSON once again failed to report for drug testing on February 2, 2009; and,

(7) on March 4, 2009, defendant JACKSON once again failed to report for drug testing, advised his probation officer of same, was summoned into the Probation Office, but failed in his attempt to provide a urine sample sufficient for testing.

## Accordingly, IT IS ORDERED AND DIRECTED:

(1) that disposition of this matter be, and it is, **CONTINUED** until further order of the court;

(2) that, in the meantime,

    (a) defendant JACKSON shall be **released from custody** and shall continue under pretrial supervision subject to **all** of the conditions heretofore imposed upon him;

    (b) that defendant JACKSON is specifically ordered to refrain from the use of illegal drugs and to submit to drug testing as directed by the U. S. Probation Office;

(c) that defendant JACKSON is specifically ordered to attend drug treatment and counseling as directed by the Probation Office, in accordance with the court's Order this day entered modifying conditions of release so as to require not only substance abuse screen and testing but also treatment and counseling;

(d) that defendant JACKSON is specifically ordered to report to his pretrial service/probation officer as directed and keep the U. S. Probation Office informed of his whereabouts; and,

(e) that defendant JACKSON' probation officer shall **immediately** notify this court through the U. S. Probation Office of the Middle District of Georgia if defendant JACKSON fails to abide by the above-stated orders and/or any other provisions of the Order of Pretrial Release, as amended.

**IN THE EVENT OF REPORTED VIOLATIONS, THE COURT WILL IMMEDIATELY ENTER AN ORDER REVOKING MR. JACKSON'S ORDER OF PRETRIAL RELEASE AND REMAND HIM TO THE CUSTODY OF THE U. S. MARSHAL *WITHOUT FURTHER HEARING*, BASED SOLELY UPON THE VIOLATIONS THIS DAY FOUND BY THE COURT.**

SO ORDERED AND DIRECTED, this 11th day of MARCH, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE