IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>CECIL M. JACKSON,<br><br>Defendant | NO.  3: 08-CR-25 (CAR)<br><br>RE:  VIOLATION OF CONDITIONS OF RELEASE |

## ORDER OF REVOCATION AND DETENTION

Defendant CECIL M. JACKSON, represented by legal counsel Mr. Kim T. Stephens of the Athens Bar, on March 11, 2009, appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on allegations that he had failed to abide by conditions of release imposed upon him in the District of South Carolina on November 7, 2008.  The government was represented by Assistant U.S. Attorney Tamara A. Jarrett.  The court found defendant Jackson to be in violation of conditions of pretrial release imposed upon him on November 7, 2008, but continued disposition until further order of court. Based upon the findings of the court made on March 11th, and in accordance with the court's order of that date, the undersigned now enters this disposition:

**IT IS ORDERED AND DIRECTED** that the **ORDER SETTING CONDITIONS OF RELEASE** entered November 7, 2008, be, and it is, **REVOKED** and that the defendant be taken into custody and DETAINED **without further hearing** based upon the findings heretofore made on March 11th. The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of his case. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 3rd day of JUNE, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE